13.-

RECEIPT NUMBER
517359

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAS, Inc, a Michigan corporation
    Plaintiff/Counter-Defendant

**04-74592**

v

40th District Court Case No. 04-1423

TRACI RICHARDS, BRETT SMITH
CAPITAL SOURCE, LLC
    Defendants/Counter-Plaintiffs

ROBERT H. CLELAND

MAGISTRATE JUDGE R. STEVEN WHALEN

| | |
|---|---|
| Renaissance Legal Group, PLC<br>By: Shaun M.-J. Neal (P49760)<br>Attorney for Brett Smith<br>719 Griswold, Suite 820<br>Detroit, MI 48226<br>(313) 341-8269 | Traci L. Richards<br>In Pro Per<br>PO Box 183304<br>Shelby, MI 48318<br>(586) 412-1717 |
| Metropolitan Legal Group, PLLC<br>By: Traci L. Richards (P52868)<br>Attorney for Capital Source, LLC<br>PO Box 183304<br>Shelby, MI 48318<br>(586) 412-1717 | S.A.S Construction, Inc.<br>Plaintiff<br>29920 Maison<br>St. Clair Shores, MI 48082<br>(586) 296-6044 |

FILED '04 NOV 23 P1 41 U.S. DIST. COURT EASTERN DIST MICH. CLERK

## NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

Defendant, Traci Richards, for her notice of removal states as follows:

1. Within 30 days of being served notice of the Summons and Complaint, she filed a Demand and Order for Removal and that Order was signed on November 10, 2004.

2. The Counter-Complaint alleges violation of a federal cause of action by the plaintiff, specifically, the Telemarketing Act, 15 U.S.C. §§ 6101-6108 and the Telemarketing Sales Rule (hereinafter "TSR"), 16 C.F.R. Part 310.

3. This Notice is being filed pursuant to 28 USCS § 1446.

4. The Counter-Complaint also presents state causes of actions.

5. All co-defendants consent to the removal.

6. Plaintiffs Complaint requests damages in the amount of $2320.00

7. Plaintiff's Claim of Lien in the amount of $2336.92 on real property previously without any liens, with a value in excess of $50,000.00 places in controversy an amount in excess of $50,000.00.

8. Defendant/Counter-Plaintiff suffered other damages as a result of the Plaintiff/Counter-Defendant's wrongful actions, specifically, harassment, threats and loss of time from work

THEREFORE, Defendant hereby removes the action now pending in St. Clair District Court, case number 04-1423 to this Court.

Respectfully submitted,

Traci L. Richards

## PROOF OF SERVICE

The undersigned certifies that she mailed copy of of the above to all attorneys and unrepresented parties of record to their last known address as provided by the pleadings of record on 11/23/04 I declare that the statements above are true to the best of my information, knowledge and belief.

Traci. L. Richards

Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Defendant

| STATE OF MICHIGAN<br>40th JUDICIAL DISTRICT | DEMAND AND ORDER FOR REMOVAL<br>Small Claims | CASE NO.<br>04-1423 SC |
|---|---|---|

Court address: 27701 Jefferson, St. Clair Shores, MI 48081    (586) 445-5281    Court telephone no.

**Plaintiff's name and address**
S.A.S.
29920 Maison
St. Clair Shores, MI 48082

v

☐ Personal service

**Defendant's name and address**
Traci Richards
PO Box 183304
Shelby, MI 48318

☐ Personal service

RECEIVED OCT 25 PM 2:37

This demand is made by:   ☐ plaintiff   ☐ plaintiff's attorney   ☒ defendant   ☐ defendant's attorney

**DEMAND**

I demand that this case be removed from the small claims division to the general civil division of the court.

10/24/04
Date

Signature of party demanding removal
Traci Richards
Name (type or print)
PO Box 183304
Address
Shelby, MI 48318     (586) 412-1717 ext. 1
City, state, zip                   Telephone no.

**ORDER**

IT IS ORDERED: This case is removed to the general civil division of the court for further proceedings. The defendant shall file a written answer and serve it within 14 days from the date of this order as provided in court rule.

Date NOV 10 2004

Judge/Attorney/Magistrate    Bar no

**CERTIFICATE OF MAILING**

I certify that on this date a copy of this demand and order was served on the parties indicated above by ordinary mail.

NOV 1 2 2004
Date                    Court clerk

DC 86 (6/97) DEMAND AND ORDER FOR REMOVAL, Small Claims          MCL 600.8401 et seq.; MSA 27A.8401 et seq., MCR 4.30

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. |
|---|---|---|

Court address | Court telephone. no.

See instructions on the back of plaintiff and defendant copies

1. **Plaintiff's name:** SAS
   **Address:** 30920 Maison
   **City, state, zip:** St. Clair Shores, MI 48082
   **Telephone no.:** (586) 296-1044 / CAPITOL SOURCE

2. **Defendant's name:** Trac L. Richards / Brett D Smith
   **Address:** 49585 Frances Drive / 8381 Riverland Dr APT 5, Sterling Hghts MI 48314
   **City, state, zip:** Macomb, MI 48044
   **Telephone no.:** (313)506-3630

**NOTICE OF HEARING — For Court Use Only**

13. Plaintiff and defendant must be in court on
    Day: Tuesday  Date: _____
    at Time: 1:30 PM  at ☐ the court address above
    ☐ Location: _____
    Process server's name: _____  Fee paid: $ _____

3. I have knowledge or belief about all the facts stated in this affidavit and I am:
   (check one)  ☒ the plaintiff.  ☐ a partner.  ☐ a full-time employee of the plaintiff.

4. The plaintiff is: (check one) ☐ an individual  ☐ a partnership  ☒ a corporation  ☐ a sole proprietor
   **Name of business:** SAS
   **Complete address (if different from item 1):** _____

5. The defendant is: (check one) ☒ an individual  ☐ a partnership  ☐ a corporation  ☐ a sole proprietor
   **Name of business:** _____
   **Complete address (if different from item 2):** _____

6. Date(s) claim arose: September 23, 2004
7. Amount of money claimed: $2320.00
8. Reasons for claim: Defendant's refusal to pay contracted amount.

9. The plaintiff understands and accepts that the claim is limited to $3,000.00 by law and that the plaintiff gives up the rights to: (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

10. I believe that the defendant is not in the military service, is not mentally incompetent, and is 18 years or older.

11. **Signature:** _____  SAME
    Subscribed and sworn to before me on 9-23-04, _____ County, Michigan.
    My commission expires: _____ Date
    Signature: _____ Deputy clerk/Notary public

12. Expiration date: _____

DC 84 (12/99) AFFIDAVIT AND CLAIM, Small Claims  MCL 600.8401 et seq.; MSA 27A.8401 et seq., MCR 4.302, MCR 4.303

PLAINTIFF

STATE OF MICHIGAN
40TH DISTRICT COURT

SAS, Inc, a Michigan corporation
    Plaintiff/Counter-Defendant

v

    40th District Court Case No. 04-1423

TRACI RICHARDS, BRETT SMITH
CAPITAL SOURCE, LLC
    Defendants/Counter-Plaintiffs

_____/

Renaissance Legal Group, PLC
By: Shaun M.-J. Neal    (P49760)
Attorney for Brett Smith
719 Griswold, Suite 820
Detroit, MI 48226
(313) 341-8269

## DEFENDANT BRETT SMITH ANSWER TO THE COMPLAINT

NOW COMES, Defendant Brett D. Smith, by and through his undersigned attorney, and for his answer, states the following:

1. The allegations in the Complaint are denied.

2. Defendant Traci Richards presented a Counter Offer and it was revoked it prior to acceptance.

3. In the alternative, there was never a contract because there was no meeting of the minds. The contract presented by the Plaintiff was cancelled by Traci Richards due to fraud.

4. In the alternative, Defendant Traci Richards was entitled to cancel the contract and did so.

WHEREFORE, Defendant Brett Smith requests that this matter is dismissed with prejudice and that he is awarded attorney fees and costs for having to defend against this frivolous action.

RENAISSANCE LEGAL GROUP, P.L.C.

By: *Shaun M.-J. Neal*
     Shaun M.-J. Neal

STATE OF MICHIGAN
40TH DISTRICT COURT

SAS, Inc, a Michigan corporation
        Plaintiff/Counter-Defendant

v

                                40th District Court Case No. 04-1423

TRACI RICHARDS, BRETT SMITH
CAPITAL SOURCE, LLC
        Defendants/Counter-Plaintiffs

---

Renaissance Legal Group, PLC
By: Shaun M.-J. Neal   (P49760)
Attorney for Brett Smith
719 Griswold, Suite 820
Detroit, MI 48226
(313) 341-8269

## AFFIRMATIVE DEFENSES

1. Defendant Brett Smith is not a party to the agreement

2. Fraud

3. Unclean hands

4. No satisfaction of condition precedent

5. Duty to Mitigate Damages not satisfied

6. No contract

7. Defendant Brett Smith is not the owner of the property.

8. Defendant Brett Smith reserves the right to amend this list

9. Defendant Brett Smith adopts by reference any affirmative defenses alleged by any co-defendants.

                                      RENAISSANCE LEGAL GROUP, P.L.C.

                                      By: *Shaun M.-J. Neal*
                                            Shaun M.-J. Neal

STATE OF MICHIGAN
40TH DISTRICT COURT

SAS, Inc, a Michigan corporation
  Plaintiff/Counter-Defendant

v

         40th District Court Case No.
         04-1423

TRACI L. RICHARDS, BRETT D. SMITH
CAPITAL SOURCE, LLC
  Defendants/Counter-Plaintiffs

Renaissance Legal Group, P.L.C.
By: Shaun M.-J. Neal (P49760)
Attorney for Brett Smith
719 Griswold, Suite 820
Detroit, MI 48226
(313) 341-8269

## COUNTER-COMPLAINT

## MALICIOUS PROSECUTION/ ABUSE OF PROCESS

1. Plaintiff engaged in the institution of legal proceedings against Brett Smith without basis.

2. Defendant Brett D. Smith has had not contact direct or otherwise with the Plaintiff.

3. Defendant Brett D. Smith is not the owner of the subject real property.

4. Defendant Brett D. Smith incurred legal fees and costs associated with defending himself against this unwarranted action.

  WHEREFORE, Defendant Brett Smith requests attorney fees and costs against the Plaintiff.

RENAISSANCE LEGAL GROUP, P.L.C.

By: _____
     Shaun M.-J. Neal

STATE OF MICHIGAN
40TH DISTRICT COURT

SAS, Inc, a Michigan corporation
    Plaintiff/Counter-Defendant

v

                              40th District Court Case No. 04-1423

TRACI L. RICHARDS, BRETT D. SMITH
CAPITAL SOURCE, LLC
    Defendants/Counter-Plaintiffs

Renaissance Legal Group, P.L.C.
By: Shaun M.-J. Neal(P49760)
Attorney for Brett Smith
719 Griswold, Suite 820
Detroit, MI 48226
313) 341-8269

TO: SAS Construction
    29920 Maison
    St. Clair Shores, MI 48082

Traci L. Richards
P.O. Box 183304
Shelby, MI 48318

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                              )S.S.
COUNTY OF WAYNE    )

Shaun M.-J. Neal, being first duly sworn, deposes and says that on November 22, 2004 he served a copy of Defendant Brett D. Smith Answer, Affirmative Defenses, Counter-Complaint and Proof of Service upon the above-named Plaintiff and counsel of record by placing same in an envelope and after securely sealing same and

2

affixing sufficient first class postage thereto, deposited same in the United States mail for transmission to the addressee thereof.

*Shaun M.-J. Neal*

Shaun M.-J. Neal

*Cleland/RSW*
*74592*

JS 44 11/99  **CIVIL COVER SHEET**  COUNTY IN WHICH THIS ACTION AROSE: *Macomb*

04-74592

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFFS
SAS, Inc

**DEFENDANTS**
Traci Richards, Pro H Smith
Corp. Robert Server, LLC
JUDGE ROBERT H. CLELAND

(b) County of Residence of First Listed: *Macomb*

County of Residence of First Listed: 
MAGISTRATE JUDGE STEVEN WHALEN
(IN CONDEMNATION CASES USE THE LOCATION OF THE LAND INVOLVED)

(C) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
Metropolitan Legal Group, PLLC
By: Traci Richards

## II. BASIS OF JURISDICTION
- [X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

## IV. NATURE OF SUIT
(marks on form)

## V. ORIGIN
- [X] 2 Removed from State Court

## VI. CAUSE OF ACTION
15 U.S.C. §§ 6101-6108

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: No

DATE: 11/23/04

SIGNATURE OF ATTORNEY OF RECORD

# PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?      ☐ Yes   ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☑ Yes   ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :